

1 | Peter Strojnik (Sr.),
2 | 7847 N. Central Ave.
  | Phoenix, Arizona 85020
3 | Telephone: (602) 524-6602
  | ps@strojnik.com
4

PAID

MAR 2 0 2019

Clerk, US District Court
COURT 4612

FILED
CLERK, U.S. DISTRICT COURT

MAR 2 0 2019

CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

5

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

6

7 | Case No **CV 1 9 - 0 2 0 6 7 - AB-PJW**

*No CV-30*

*I/S*

8 | Peter Strojnik (Sr.),

9 | Plaintiff,

10

11 | vs.

12 | Pasadena Robles Acquisition, LLC dba Hilton Pasadena

13

14

15 | Defendant.

**VERIFIED COMPLAINT**

1. **Americans with Disabilities Act**
2. **Discrimination in Public Accommodations (State Law)**
3. **Negligence**

**JURY TRIAL REQUESTED**

16 | 1. Plaintiff brings this action pursuant to the (1) Americans with Disabilities Act, 42
17 | U.S.C. §12101 *et seq.* and corresponding regulations, 28 CFR Part 36 and Department
18 | of Justice Standards for Accessible Design ("ADA"), (2) California Unruh Civil
19 | Rights Act, California Civil Code § 51, 52 ("Unruh") (3) the California Disabled
20 | Persons Act ("DPA") and (4) common law of negligence per se.

21 | **PARTIES**

22 | 2. Plaintiff Peter Strojnik is a veteran and a disabled person as defined by the ADA and
23 | DPA.

24 | 3. Plaintiff is a single man currently residing in Maricopa County, Arizona. Plaintiff is
25 | and, at all times relevant hereto has been, legally disabled by virtue of a severe right-
26 | sided neural foraminal stenosis with symptoms of femoral neuropathy, prostate cancer
27 | and renal cancer, degenerative right knee and is therefore a member of a protected
28 | class under the ADA and Unruh.

4.  Plaintiff suffers from physical impairments described above which impairments substantially limit his major life activities. Plaintiff walks with difficulty and pain and requires compliant mobility accessible features at places of public accommodation. Plaintiff's impairment is constant, but the degree of pain is episodic ranging from dull and numbing pain to extreme and excruciating agony.

5.  Defendant, owns, operates leases or leases to a lodging business ("Hotel") located at 168 S. Los Robles Ave.,  Pasadena, CA 91101 which is a public accommodation pursuant to 42 U.S.C. § 12181(7)(A) and Unruh.

**JURISDICTION**

6.  District Court has jurisdiction over this case or controversy by virtue of 28 U.S.C. §§ 28-1331 and 42 U.S.C. § 12188 and 28 U.S.C. § 1367.

7.  Plaintiff brings this action as a private attorney general who has been personally subjected to discrimination on the basis of his disability, *see* 42 U.S.C.12188 and 28 CFR §36.501.

8.  This Court has continuing subject matter jurisdiction by virtue of, *inter alia,* Plaintiff's claim for equitable nominal damages.

9.  Venue is proper pursuant to 28 U.S.C. § 1391.

10. The ADAAG violations in this Verified Complaint relate to barriers to Plaintiffs mobility. This impairs Plaintiff's full and equal access to the Hotel which, in turn, constitutes discrimination satisfying the "injury in fact" requirement of Article III of the United States Constitution.

11. Plaintiff is deterred from visiting the Hotel based on Plaintiff's knowledge that the Hotel is not ADA or State Law compliant as such compliance relates to Plaintiff's disability.

12. Plaintiff intends to visit Defendant's Hotel at a specific time when the Defendant's noncompliant Hotel becomes fully compliant with ADAAG; just as a disabled individual who intends to return to a noncompliant facility suffers an imminent injury from the facility's existing or imminently threatened noncompliance with the ADA, a plaintiff who is deterred from patronizing a hotel suffers the ongoing actual injury of lack of access to the Hotel.

## COUNT ONE
### Violation of Plaintiff's Civil Rights under the ADA

13. Plaintiff realleges all allegations heretofore set forth.

14. By virtue of his disability, Plaintiff requires an ADA compliant lodging facility particularly applicable to his mobility, both ambulatory and wheelchair assisted.

15. Plaintiff intended to visit the Pasadena area and therefore, reviewed hotel booking websites as documented in Addendum A which is by this reference incorporated herein for all purposes.

16. Plaintiff became aware that third party booking websites disclosed general availability and description of Defendant's Hotel. Third Party booking websites referenced here are more fully documented in Addendum A which is by this reference incorporated herein.

17. Third party booking websites failed to identify and describe mobility related accessibility features and guest rooms offered through its reservations service in enough detail to reasonably permit Plaintiff to assess independently whether Defendant's Hotel meets his accessibility needs as more fully documented in Addendum A.

18. Third party booking websites also failed to make reservations for accessible guest rooms available in the same manner as individuals who do not need accessible rooms. *See* Addendum A.

19. Thereafter, Plaintiff became aware that Defendant's 1st party booking website failed to identify and describe mobility related accessibility features and guest rooms offered through its reservations service in enough detail to reasonably permit Plaintiff to assess independently whether Defendant's Hotel meets his accessibility needs as more fully documented. *See* Addendum A.

20. Plaintiff also became aware that Defendant's 1st party booking website failed to make reservations for accessible guest rooms available in the same manner as individuals who do not need accessible rooms. *See* Addendum A.

3

21. Plaintiff thereafter reviewed Defendant's online information relating to accessibility or lack thereof, including in particular photographs of the amenities at the Hotel all as more fully documented in Addendum A.

22. Online information relating to accessibility or lack thereof disclosed architectural barriers to accessibility as more fully documented in Addendum A.

23. Defendant has violated the ADA by denying Plaintiff equal access to its public accommodation on the basis of his disability as outlined above and as outlined in Addendum A.

24. The ADA violations described in Addendum A relate to Plaintiff's disability and interfere with Plaintiff's full and complete enjoyment of the Hotel.

25. As a result of the deficiencies described above, Plaintiff declined to book a room at Defendant's Hotel but booked a room elsewhere.

26. The removal of accessibility barriers listed above is readily achievable.

27. As a direct and proximate result of ADA Violations, Defendant's failure to remove accessibility barriers prevented Plaintiff from equal access to the Defendant's public accommodation.

**WHEREFORE,** Plaintiff prays for all relief as follows:

   A. Relief described in 42 U.S.C. §2000a – 3; and

   B. Relief described in 42 U.S.C. § 12188(a) and (b) and, particularly -

   C. Injunctive relief order to alter Defendant's place of public accommodation to make it readily accessible to and usable by ALL individuals with disabilities; and

   D. Requiring the provision of an auxiliary aid or service, modification of a policy, or provision of alternative methods, to the extent required by Subchapter III of the ADA; and

   E. Equitable nominal damages; and

   F. For costs, expenses and attorney's fees; and

   G. All remedies provided for in 28 C.F.R. 36.501(a) and (b).

## COUNT TWO
### (Violation of the California Unruh Civil Rights Act, Cal. Civ. Code §§51, 52)

28. Plaintiff realleges all allegations heretofore set forth.

29. Plaintiff intended to visit the Pasadena area and spend a night there.

30. Plaintiff became aware that 3rd party booking websites disclosed general availability and description of Defendant's Hotel. 3rd Party booking website referenced here is more fully discussed in Addendum A which is by this reference incorporated herein.

31. 3rd party booking website failed to identify and describe mobility related accessibility features and guest rooms offered through its reservations service in enough detail to reasonably permit Plaintiff to assess independently whether Defendant's Hotel meets his accessibility needs as more fully disclosed in Addendum A.

32. Third party booking websites also failed to make reservations for accessible guest rooms available in the same manner as individuals who do not need accessible rooms. Addendum A.

33. Thereafter, Plaintiff became aware that Defendant's 1st party booking website failed to identify and describe mobility related accessibility features and guest rooms offered through its reservations service in enough detail to reasonably permit Plaintiff to assess independently whether Defendant's Hotel meets his accessibility needs as more fully disclosed in Addendum A.

34. Plaintiff also became aware that Defendant's 1st party booking website failed to make reservations for accessible guest rooms available in the same manner as individuals who do not need accessible rooms. Addendum A.

35. Plaintiff subsequently declined to book a room at the Hotel.

36. Defendant has violated the Unruh by denying Plaintiff equal access to its public accommodation on the basis of his disability as outlined above.

37. Unruh provides for declaratory and monetary relief to "aggrieved persons" who suffer from discrimination on the basis of their disability.

38. Plaintiff has been damaged by the Defendant's non-compliance with Unruh and is thereby aggrieved.

39. Pursuant to Cal Civ. Code §52, Plaintiff is further entitled to such other relief as the Court considers appropriate, including monetary damages in an amount to be proven at trial, but in no event less than $4,000.00 per encounter with each barrier to accessibility.

40. Pursuant to Unruh, Plaintiff is entitled to costs and expenses in an amount to be proven at trial.

WHEREFORE, Plaintiff demands judgment against Defendant as follows:

a. A Declaratory Judgment that at the commencement of this action Defendant was in violation of the specific requirements of Unruh; and

b. Irrespective of Defendants "voluntary cessation" of the ADA violation, if applicable, a permanent injunction pursuant to Unruh which directs Defendant to take all steps necessary to bring its accommodation into full compliance with the requirements set forth in the Unruh, and its implementing regulations, so that the Hotel facilities are fully accessible to, and independently usable by, disabled individuals, and which further directs that the Court shall retain jurisdiction for a period to be determined after Defendant certifies that its facilities are fully in compliance with the relevant requirements of the Unruh to ensure that Defendant has adopted and is following an institutional policy that will in fact cause Defendant to remain fully in compliance with the law; and

c. Irrespective of Defendants "voluntary cessation" of the ADA violation, if applicable, the payment of costs of suit; and

d. Order closure of the Defendant's place of public accommodation until Defendant has fully complied with the Unruh; and

e. For damages in an amount no less than $4,000.00 per encounter with barrier; and

f. For treble damages pursuant to Cal Civ. Code. §3345.

g. The provision of whatever other relief the Court deems just, equitable and appropriate.

## COUNT THREE
**(Violation of the California Disabled Persons Act, Cal. Civ. Code §§54-54.3)**

41. Plaintiff realleges all allegations heretofore set forth.

42. Defendant has violated the DPA by denying Plaintiff equal access to its public accommodation on the basis of his disability as outlined above.

43. The DPA provides for monetary relief to "aggrieved persons" who suffer from discrimination on the basis of their disability.

44. Plaintiff has been aggrieved by the Defendant's non-compliance with the DPA.

45. Pursuant to the DPA, Plaintiff is further entitled to such other relief as the Court considers appropriate, including monetary damages in an amount to be proven at trial, but in no event less than $1,000.00. Cal. Civ. Code § 54.3.

46. Pursuant to the DPA, Plaintiff is entitled to costs in an amount to be proven at trial. Cal. Civ. Code § 54.3.

WHEREFORE, Plaintiff demands judgment against Defendant as follows:

a. A Declaratory Judgment that at the commencement of this action Defendant was in violation of the specific requirements of Unruh; and

b. Irrespective of Defendants "voluntary cessation" of the ADA violation, if applicable, a permanent injunction pursuant to Unruh which directs Defendant to take all steps necessary to bring its facilities into full compliance with the requirements set forth in the Unruh, and its implementing regulations, so that the facilities are fully accessible to, and independently usable by, disabled individuals as required by law, and which further directs that the Court shall retain jurisdiction for a period to be determined after Defendant certifies that its facilities are fully in compliance with the relevant requirements of the Unruh to ensure that Defendant has adopted and is following an institutional policy that will in fact cause Defendant to remain fully in compliance with the law; and

c. Irrespective of Defendants "voluntary cessation" of the ADA violation, if applicable, the payment of costs of suit; and

d. Order closure of the Defendant's place of public accommodation until Defendant has fully complied with the DPA; and

e. For damages in an amount no less than $1,000.00 per violation per encounter; and

f. For treble damages pursuant to Cal Civ. Code. §3345.

g. The provision of whatever other relief the Court deems just, equitable and appropriate.

## COUNT FOUR
### Negligence

47. Plaintiff realleges all allegations heretofore set forth.

48. Defendant had a duty to Plaintiff to remove ADA accessibility barriers so that Plaintiff as a disabled individual would have full and equal access to the public accommodation.

49. Defendant breached this duty.

50. Defendant is or should be aware that, historically, society has tended to isolate and segregate individuals with disabilities, and, despite some improvements, such forms of discrimination against individuals with disabilities continue to be a serious and pervasive social problem[1].

51. Defendant knowingly and intentionally participated in this historical discrimination against Plaintiff, causing Plaintiff damage.

52. Discrimination against individuals with disabilities persists in the use and enjoyment of critical public accommodations[2].

53. Defendant's knowing and intentional persistence in discrimination against Plaintiff is alleged, causing Plaintiff damage.

54. Individuals with disabilities, including Plaintiff, continually encounter various forms of discrimination, including outright intentional exclusion, the discriminatory effects of architectural, overprotective rules and policies, failure to make modifications to existing facilities and practices, exclusionary qualification standards and criteria,

---

[1] 42 U.S.C. § 12101(a)(2)
[2] 42 U.S.C. §12101(a)(3)

8

segregation, and relegation to lesser services, programs, activities, benefits, jobs, or other opportunities[3].

55. Defendant's knowing and intentional discrimination against Plaintiff reinforces above forms of discrimination, causing Plaintiff damage.

56. Census data, national polls, and other studies have documented that people with disabilities, as a group, occupy an inferior status in our society, and are severely disadvantaged socially, vocationally, economically, and educationally[4].

57. Defendant's knowing and intentional discrimination has relegated Plaintiff to an inferior status in society, causing Plaintiff damage.

58. The Nation's proper goals regarding individuals with disabilities are to assure equality of opportunity, full participation, independent living, and economic self-sufficiency for such individuals[5].

59. Defendant's knowing, and intentional discrimination has worked counter to our Nation's goals of equality, causing Plaintiff damage.

60. Continued existence of unfair and unnecessary discrimination and prejudice denies people with disabilities the opportunity to compete on an equal basis and to pursue those opportunities for which our free society is justifiably famous, and costs the United States billions of dollars in unnecessary expenses resulting from dependency and nonproductivity[6].

61. Defendant's knowing and intentional unfair and unnecessary discrimination against Plaintiff demonstrates Defendant's knowing and intentional damage to Plaintiff.

62. Defendant's breach of duty caused Plaintiff damages including, without limitation, the feeling of segregation, discrimination, relegation to second class citizen status the pain, suffering and emotional damages inherent to discrimination and segregation and other damages to be proven at trial.

63. By violating Plaintiff's civil rights, Defendant engaged in intentional, aggravated and outrageous conduct.

---

[3] 42 U.S.C. §12101(a)(5)
[4] 42 U.S.C. §12101(a)(6)
[5] 42 U.S.C. §12101(a)(7)
[6] 42 U.S.C. §12101(a)(8)

64. The ADA has been the law of the land since 1991, but Defendant engaged in a conscious action of a reprehensible character, that is, Defendant denied Plaintiff his civil rights, and cause him damage by virtue of segregation, discrimination, relegation to second class citizen status the pain, suffering and emotional damages inherent to discrimination and segregation and other damages to be proven at trial

65. Defendant either intended to cause injury to Plaintiff or defendant consciously pursued a course of conduct knowing that it created a substantial risk of significant harm to Plaintiff.

66. Defendant is liable to Plaintiff for punitive damages in an amount to be proven at trial sufficient, however, to deter this Defendant and others similarly situated from pursuing similar acts.

**WHEREFORE,** Plaintiff prays for relief as follows:

    A. For finding of negligence; and

    B. For damages in an amount to be proven at trial; and

    C. For punitive damages to be proven at trial; and

    D. For such other and further relief as the Court may deem just and proper.

**REQUEST FOR TRIAL BY JURY**

Plaintiff respectfully requests a trial by jury in issues triable by a jury.

RESPECTFULLY SUBMITTED this 12th day of March, 2019.

**PETER STROJNIK**

Plaintiff

1

**ADDENDUM A**

2

3    ## 3RD PARTY BOOKING WEBSITE – GENERAL ACCESSIBILITY INFORMATION

4

5    ### Hilton Pasadena

6    168 S Los Robles Ave, Pasadena, CA, 91101, United States, 866-925-8676

   Great Rate
   We have 2 left at
   $609 $143
   nightly price per room

7    4-star

   Very Good 8.4
   281 Hotels.com guest reviews



8    Pasadena
   • 0.6 miles to City center
   • 20 miles to Los Angeles Intl. (LAX)
   • Collect nights


   181 reviews

   Choose Room

9

10   ### About Hilton Pasadena, Pasadena

11   Central to downtown shopping and dining near Colorado Blvd

   **Downtown accessible**
   Hilton Pasadena puts you 3 blocks from Old Town Pasadena, which has more than 200 shops, eateries, and boutiques along Colorado Avenue. Guests can also visit the Huntington Library, 2 miles away, and explore its 207 acres of botanical gardens.

12

   **Get your shopping fix**
   Paseo Colorado, a half-mile walk from the hotel, combines the charm of an outdoor marketplace with the convenience of 65 street-facing shops in 3 square blocks. You can take the free hotel shuttle with a 2-mile radius from the hotel, east to South Lake Avenue, with its mix of popular retailers and local merchants.

13

   **Onsite meals and a pool**
   The hotel's Trevos Restaurant serves daily breakfast buffets, lovely lunches, and Cal-infused American fare for dinner. After a great meal, guests can work out in the fitness room or swim laps in the hotel pool. The lobby's Coffee Corner is also a convenient way to start the day.

14

   **Views and comfort**
   Premium TV channels and WiFi availability give guests entertainment options, and the rooms provide great views of the San Gabriel Mountains or Old Town Pasadena. The beds in the contemporary guestrooms feature triple sheeting, down pillows, and duvets for optimal rest.

15

16   ### Key facts

   ### Travelling with others

17   **Hotel size**

   **Pets**

18   • This hotel has 296 rooms
   • This hotel is arranged over 14 floors

   ✔ Pets not allowed

19   **Arriving/leaving**

   **Internet**

   ✔ WiFi in public areas *

20   💬 86% of customers were happy with check-in

   ✔ WiFi in rooms *

21   • Check-in time 3 PM-4 AM
   • Check-out time is 11 AM
   • Express check-in/out

22

23   **Required at check in**

24   • Credit card or cash deposit required
   • Government-issued photo ID required
   • Minimum Spring Break check-in age is 18

25

26

27

28

## In the hotel

**Food and drink**
Buffet breakfast (surcharge) | Restaurant | Bar/lounge | Coffee shop/café | Room service (during limited hours)

**Things to do**
Outdoor pool | Fitness facilities | Golfing nearby | Hiking/biking trails nearby

**Working away**
Business center | Conference space | Meeting rooms

**Services**
24-hour front desk | Dry cleaning/laundry service | Free newspapers in lobby | Wedding services | Multilingual staff | Porter/bellhop

**Facilities**
Elevator/lift | ATM/banking | Safe-deposit box at front desk

**Accessibility**
Accessible bathroom | In-room accessibility | Roll-in shower

**Languages Spoken**
English

## In the room

**Home comforts**
In-room climate control (air conditioning) | Air conditioning | Coffee/tea maker | Iron/ironing board

**Sleep well**
Hypo-allergenic bedding available | Down comforter | Blackout drapes/curtains | Turndown service | Premium bedding | Pillowtop mattress

**Freshen up**
Partially open bathroom | Shower/tub combination | Free toiletries | Hair dryer

**Be entertained**
42-inch flat-screen TV | Pay movies | Premium TV channels | MP3 docking station

**Stay connected**
Desk | Free weekday newspaper | WiFi (surcharge) | Phone

**Food and drink**
Refrigerator (on request)

**More**
Daily housekeeping | In-room safe | Connecting/adjoining rooms available

## Hilton Pasadene, Pasadena's small print

**Also known as**
- Hilton Hotel Pasadena
- Hilton Pasadena
- Pasadena Hilton
- Hilton Pasadena Hotel Pasadena
- Pasadena Hilton Hotel
- Hilton Pasadena Hotel
⌐ See less

**Policies**
The property has connecting/adjoining rooms, which are subject to availability and can be requested by contacting the property using the number on the booking confirmation.

Only registered guests are allowed in the guestrooms.

Parking height restrictions apply.

Please note that cultural norms and guest policies may differ by country and by property. The policies listed are provided by the property.

**Optional extras**
Late check-out can be arranged for an extra charge of USD 50.00

Self parking costs USD 21 per day with in/out privileges

Valet parking costs USD 23 per day with in/out privileges

RV/bus/truck parking is available for an extra charge

Buffet breakfast is offered for an extra charge of USD 19.95 per person (approximately)

WiFi is available in guestrooms for USD 9.95 per 24-hour period (rates may vary)

WiFi is available in public areas for USD 9.95 per 24-hour period (rates may vary)

**Identification of Specific Barrier in Plain Language:** Booking website does not identify and describe accessible features in the hotel and guest rooms in enough detail to reasonably permit Plaintiff to assess independently whether the hotel or guest room meets his accessibility needs.

12

**The manner in which the barriers denied Plaintiff full and equal use or access, and which deter Plaintiff from visiting the Hotel:** Barrier denied Plaintiff full and equal access by failing to identify and describe accessible features in the hotel and guest rooms in enough detail to reasonably permit Plaintiff to assess independently whether the hotel or guest room meets his accessibility needs.

**The dates on each particular occasion on which Plaintiff encountered such barrier and which deter Plaintiff from visiting Hotel:** On or about December 25, 2018.

## 3RD PARTY BOOKING WEBSITE – ROOM DESCRIPTIONS



**1 King bed**

Guestroom   [1/5]

**1 King Bed**
288 sq feet (27 sq meters)

**Internet** - WiFi
**Entertainment** - 42-inch flat-screen TV with premium channels, pay movies, MP3 dock
**Food & Drink** - Coffee/tea maker, room service, and refrigerator (on request)
**Sleep** - Pillowtop bed, premium bedding, a down duvet, blackout drapes/curtains, and turndown service
**Bathroom** - Partially open bathroom, shower/tub combination, free toiletries, and a hair dryer
**Practical** - Phone, safe, and free weekday newspaper; free cribs/infant beds available on request
**Comfort** - Air conditioning and daily housekeeping
Non-Smoking
Connecting/adjoining rooms can be requested, subject to availability

Sleeps 2 people (including up to 1 child)
**Bed choices**
- 1 King Bed
**Extra beds available**
- Crib

More Info: 855-239-9397

**Room Details**

| | | |
|---|---|---|
| Air conditioning | Free toiletries | Pay movies |
| Blackout drapes/curtains | Free weekday newspaper | Phone |
| Cable TV service | Hair dryer | Pillowtop mattress |
| Coffee/tea maker | Hypo-allergenic bedding available | Premium bedding |
| Connecting/adjoining rooms available | In-room climate control (air conditioning) | Premium TV channels |
| Daily housekeeping | In-room safe | Refrigerator (on request) |
| Desk | Iron/ironing board | Room service (limited hours) |
| Down comforter | MP3 docking station | Shower/tub combination |
| Flat-panel TV | Number of bathrooms - | Turndown service |
| Free cribs/infant beds | Partially open bathroom | WiFi (surcharge) |

**Identification of Specific Barrier in Plain Language:** Booking website does not identify and describe accessible features in the hotel and guest rooms in enough detail to reasonably permit Plaintiff to assess independently whether the hotel or guest room meets his accessibility needs. Insufficient description of dispersion of accessible rooms among various categories of rooms.

**The manner in which the barriers denied Plaintiff full and equal use or access, and which deter Plaintiff from visiting the Hotel:** Barrier denied Plaintiff full and equal access by failing to identify and describe accessible features in the hotel and guest

rooms in enough detail to reasonably permit Plaintiff to assess independently whether the hotel or guest room meets his accessibility needs.

**The dates on each particular occasion on which Plaintiff encountered such barrier and which deter Plaintiff from visiting Hotel:** On or about December 25, 2018.



**Identification of Specific Barrier in Plain Language:** Booking website does not identify and describe accessible features in the hotel and guest rooms in enough detail to reasonably permit Plaintiff to assess independently whether the hotel or guest room meets his accessibility needs. Insufficient description of dispersion of accessible rooms among various categories of rooms. The photograph of "accessible" bathroom clearly shows lack of compliance with 2010 Standards.

**The manner in which the barriers denied Plaintiff full and equal use or access, and which deter Plaintiff from visiting the Hotel:** Barrier denied Plaintiff full and equal access by failing to identify and describe accessible features in the hotel and guest rooms in enough detail to reasonably permit Plaintiff to assess independently whether the hotel or guest room meets his accessibility needs.

**The dates on each particular occasion on which Plaintiff encountered such barrier and which deter Plaintiff from visiting Hotel:** On or about December 25, 2018.



**Identification of Specific Barrier in Plain Language:** Booking website does not identify and describe accessible features in the hotel and guest rooms in enough detail to reasonably permit Plaintiff to assess independently whether the hotel or guest room meets his accessibility needs. Insufficient description of dispersion of accessible rooms among various categories of rooms.

**The manner in which the barriers denied Plaintiff full and equal use or access, and which deter Plaintiff from visiting the Hotel:** Barrier denied Plaintiff full and equal access by failing to identify and describe accessible features in the hotel and guest rooms in enough detail to reasonably permit Plaintiff to assess independently whether the hotel or guest room meets his accessibility needs.

**The dates on each particular occasion on which Plaintiff encountered such barrier and which deter Plaintiff from visiting Hotel:** On or about December 25, 2018.



**Identification of Specific Barrier in Plain Language:** Booking website does not identify and describe accessible features in the hotel and guest rooms in enough detail to reasonably permit Plaintiff to assess independently whether the hotel or guest room meets his accessibility needs. Insufficient description of dispersion of accessible rooms among various categories of rooms.

**The manner in which the barriers denied Plaintiff full and equal use or access, and which deter Plaintiff from visiting the Hotel:** Barrier denied Plaintiff full and equal access by failing to identify and describe accessible features in the hotel and guest rooms in enough detail to reasonably permit Plaintiff to assess independently whether the hotel or guest room meets his accessibility needs.

**The dates on each particular occasion on which Plaintiff encountered such barrier and which deter Plaintiff from visiting Hotel:** On or about December 25, 2018.



**Identification of Specific Barrier in Plain Language:** Booking website does not identify and describe accessible features in the hotel and guest rooms in enough detail to reasonably permit Plaintiff to assess independently whether the hotel or guest room meets his accessibility needs. Insufficient description of dispersion of accessible rooms among various categories of rooms.

**The manner in which the barriers denied Plaintiff full and equal use or access, and which deter Plaintiff from visiting the Hotel:** Barrier denied Plaintiff full and equal access by failing to identify and describe accessible features in the hotel and guest rooms in enough detail to reasonably permit Plaintiff to assess independently whether the hotel or guest room meets his accessibility needs.

**The dates on each particular occasion on which Plaintiff encountered such barrier and which deter Plaintiff from visiting Hotel:** On or about December 25, 2018.

**Deluxe Room, 1 King Bed, Accessible, Bathtub (Mobility)**

Bathroom [6/6]

**1 King Bed**
**288 sq feet (27 sq meters)**

Internet - WiFi
Entertainment - 42-inch flat-screen TV with premium channels, pay movies, MP3 dock
Food & Drink - Coffee/tea maker, room service, and refrigerator (on request)
Sleep - Pillowtop bed, premium bedding, a down duvet, blackout drapes/curtains, and turndown service
Bathroom - Partially open bathroom, shower/tub combination, free toiletries, and a hair dryer
Practical - Safe, free weekday newspaper, and iron/ironing board; free cribs/infant beds available on request
Comfort - Air conditioning and daily housekeeping
Non-Smoking
Connecting/adjoining rooms can be requested, subject to availability

**Sleeps 2 people (including up to 1 child)**
**Bed choices**
- 1 King Bed
Extra beds available
- Crib

More info: 855-239-9397

**Room Details**

| | | |
|---|---|---|
| • Air conditioning | • Free toiletries | • Pay movies |
| • Blackout drapes/curtains | • Free weekday newspaper | • Phone |
| • Cable TV service | • Hair dryer | • Pillowtop mattress |
| • Coffee/tea maker | • Hypo-allergenic bedding available | • Premium bedding |
| • Connecting/adjoining rooms available | • In-room climate control (air conditioning) | • Premium TV channels |
| • Daily housekeeping | • In-room safe | • Refrigerator (on request) |
| • Desk | • Iron/ironing board | • Room service (limited hours) |
| • Down comforter | • MP3 docking station | • Shower/tub combination |
| • Flat-panel TV | • Number of bathrooms - | • Turndown service |
| • Free cribs/infant | • Partially open | • WiFi (surcharge) |

**Identification of Specific Barrier in Plain Language:** Booking website does not identify and describe accessible features in the hotel and guest rooms in enough detail to reasonably permit Plaintiff to assess independently whether the hotel or guest room meets his accessibility needs. Insufficient description of dispersion of accessible rooms among various categories of rooms. The photograph of "accessible" bathroom clearly shows lack of compliance with 2010 Standards.

**The manner in which the barriers denied Plaintiff full and equal use or access, and which deter Plaintiff from visiting the Hotel:** Barrier denied Plaintiff full and equal access by failing to identify and describe accessible features in the hotel and guest rooms in enough detail to reasonably permit Plaintiff to assess independently whether the hotel or guest room meets his accessibility needs.

**The dates on each particular occasion on which Plaintiff encountered such barrier and which deter Plaintiff from visiting Hotel:** On or about December 25, 2018.



**Deluxe Room, 2 Queen Beds**

Bathroom

**Sleeps 4 people (including up to 3 children)**
**Bed choices**
- 2 Queen Beds

**Extra beds available**
- Crib

More info: 855-239-9397

2 Queen Beds
288 sq feet (27 sq meters)

Internet - WiFi
Entertainment - 42-inch flat-screen TV with premium channels, pay movies, MP3 dock
Food & Drink - Coffee/tea maker, room service, and refrigerator (on request)
Sleep - Pillowtop bed, premium bedding, a down duvet, blackout drapes/curtains, and turndown service
Bathroom - Partially open bathroom, shower/tub combination, free toiletries, and a hair dryer
Practical - Safe, free weekday newspaper, and iron/ironing board; free cribs/infant beds available on request
Comfort - Air conditioning and daily housekeeping
Non-Smoking
Connecting/adjoining rooms can be requested, subject to availability

**Room Details**

- Air conditioning
- Blackout drapes/curtains
- Cable TV service
- Coffee/tea maker
- Connecting/adjoining rooms available
- Daily housekeeping
- Desk
- Down comforter
- Flat-panel TV
- Free cribs/infant

- Free toiletries
- Free weekday newspaper
- Hair dryer
- Hypo-allergenic bedding available
- In-room climate control (air conditioning)
- In-room safe
- Iron/ironing board
- MP3 docking station
- Number of bathrooms - Partially open

- Pay movies
- Phone
- Pillowtop mattress
- Premium bedding
- Premium TV channels
- Refrigerator (on request)
- Room service (limited hours)
- Shower/tub combination
- Turndown service
- WiFi (surcharge)

**Identification of Specific Barrier in Plain Language:** Booking website does not identify and describe accessible features in the hotel and guest rooms in enough detail to reasonably permit Plaintiff to assess independently whether the hotel or guest room meets his accessibility needs. Insufficient description of dispersion of accessible rooms among various categories of rooms.

**The manner in which the barriers denied Plaintiff full and equal use or access, and which deter Plaintiff from visiting the Hotel:** Barrier denied Plaintiff full and equal access by failing to identify and describe accessible features in the hotel and guest rooms in enough detail to reasonably permit Plaintiff to assess independently whether the hotel or guest room meets his accessibility needs.

**The dates on each particular occasion on which Plaintiff encountered such barrier and which deter Plaintiff from visiting Hotel:** On or about December 25, 2018.



**Identification of Specific Barrier in Plain Language:** Booking website does not identify and describe accessible features in the hotel and guest rooms in enough detail to reasonably permit Plaintiff to assess independently whether the hotel or guest room meets his accessibility needs. Insufficient description of dispersion of accessible rooms among various categories of rooms.

**The manner in which the barriers denied Plaintiff full and equal use or access, and which deter Plaintiff from visiting the Hotel:** Barrier denied Plaintiff full and equal access by failing to identify and describe accessible features in the hotel and guest rooms in enough detail to reasonably permit Plaintiff to assess independently whether the hotel or guest room meets his accessibility needs.

**The dates on each particular occasion on which Plaintiff encountered such barrier and which deter Plaintiff from visiting Hotel:** On or about December 25, 2018.

**Deluxe Room, 2 Queen Beds, Mountain View**

Bathroom [3/6]

**2 Queen Beds**
345-sq-foot (32-sq-meter) room with mountain views

Internet - WiFi
Entertainment - 42-inch flat-screen TV with premium channels, pay movies, MP3 dock
Food & Drink - Coffee/tea maker, room service, and refrigerator (on request)
Sleep - Pillowtop bed, premium bedding, a down duvet, blackout drapes/curtains, and turndown service
Bathroom - Partially open bathroom, shower/tub combination, free toiletries, and a hair dryer
Practical - Safe, free weekday newspaper, and iron/ironing board; free cribs/infant beds available on request
Comfort - Air conditioning and daily housekeeping
Non-Smoking
Connecting/adjoining rooms can be requested, subject to availability

Sleeps 4 people (including up to 3 children)
**Bed choices**
- 2 Queen Beds
**Extra beds available**
- Crib

More Info: 855-239-9397

**Room Details**

| | | |
|---|---|---|
| Air conditioning | Free toiletries | Pay movies |
| Blackout drapes/curtains | Free weekday newspaper | Phone |
| Cable TV service | Hair dryer | Pillowtop mattress |
| Coffee/tea maker | Hypo-allergenic bedding available | Premium bedding |
| Connecting/adjoining rooms available | In-room climate control (air conditioning) | Premium TV channels |
| Daily housekeeping | In-room safe | Refrigerator (on request) |
| Desk | Iron/ironing board | Room service (limited hours) |
| Down comforter | MP3 docking station | Shower/tub combination |
| Flat-panel TV | Number of bathrooms - | Turndown service |
| Free cribs/infant | Partially open | WiFi (surcharge) |

**Identification of Specific Barrier in Plain Language:** Booking website does not identify and describe accessible features in the hotel and guest rooms in enough detail to reasonably permit Plaintiff to assess independently whether the hotel or guest room meets his accessibility needs. Insufficient description of dispersion of accessible rooms among various categories of rooms.

**The manner in which the barriers denied Plaintiff full and equal use or access, and which deter Plaintiff from visiting the Hotel:** Barrier denied Plaintiff full and equal access by failing to identify and describe accessible features in the hotel and guest rooms in enough detail to reasonably permit Plaintiff to assess independently whether the hotel or guest room meets his accessibility needs.

**The dates on each particular occasion on which Plaintiff encountered such barrier and which deter Plaintiff from visiting Hotel:** On or about December 25, 2018.

21



**Identification of Specific Barrier in Plain Language:** Booking website does not identify and describe accessible features in the hotel and guest rooms in enough detail to reasonably permit Plaintiff to assess independently whether the hotel or guest room meets his accessibility needs. Insufficient description of dispersion of accessible rooms among various categories of rooms. The photograph of "accessible" bathroom clearly shows lack of compliance with 2010 Standards.

**The manner in which the barriers denied Plaintiff full and equal use or access, and which deter Plaintiff from visiting the Hotel:** Barrier denied Plaintiff full and equal access by failing to identify and describe accessible features in the hotel and guest rooms in enough detail to reasonably permit Plaintiff to assess independently whether the hotel or guest room meets his accessibility needs.

**The dates on each particular occasion on which Plaintiff encountered such barrier and which deter Plaintiff from visiting Hotel:** On or about December 25, 2018.

**Junior Suite, 2 Queen Beds, Accessible (Mobility, Roll-In Shower)**

Guestroom [1/6]

Sleeps 4 people (including up to 3 children)
**Bed choices**
- 2 Queen Beds
**Extra beds available**
- Crib

More Info: 855-239-9397

2 Queen Beds
576 sq feet (54 sq meters)

Internet - WiFi
Entertainment - 42-inch flat-screen TV with premium channels, pay movies, MP3 dock
Food & Drink - Coffee/tea maker, room service, and refrigerator (on request)
Sleep - Pillowtop bed, premium bedding, a down duvet, blackout drapes/curtains, and turndown service
Bathroom - Partially open bathroom, shower/tub combination, free toiletries, and a hair dryer
Practical - Safe, free weekday newspaper, and iron/ironing board; free cribs/infant beds available on request
Comfort - Air conditioning and daily housekeeping
Non-Smoking
Connecting/adjoining rooms can be requested, subject to availability

**Room Details**

| | | |
|---|---|---|
| Air conditioning | Free toiletries | Pay movies |
| Blackout drapes/curtains | Free weekday newspaper | Phone |
| Cable TV service | Hair dryer | Pillowtop mattress |
| Coffee/tea maker | Hypo-allergenic bedding available | Premium bedding |
| Connecting/adj oining rooms available | In-room climate control (air conditioning) | Premium TV channels |
| Daily housekeeping | In-room safe | Refrigerator (on request) |
| Desk | Iron/ironing board | Room service (limited hours) |
| Down comforter | MP3 docking station | Shower/tub combination |
| Flat-panel TV | Number of bathrooms - | Turndown service |
| Free cribs/infant | Partially open | WiFi (surcharge) |

**Identification of Specific Barrier in Plain Language:** Booking website does not identify and describe accessible features in the hotel and guest rooms in enough detail to reasonably permit Plaintiff to assess independently whether the hotel or guest room meets his accessibility needs. Insufficient description of dispersion of accessible rooms among various categories of rooms.

**The manner in which the barriers denied Plaintiff full and equal use or access, and which deter Plaintiff from visiting the Hotel:** Barrier denied Plaintiff full and equal access by failing to identify and describe accessible features in the hotel and guest rooms in enough detail to reasonably permit Plaintiff to assess independently whether the hotel or guest room meets his accessibility needs.

**The dates on each particular occasion on which Plaintiff encountered such barrier and which deter Plaintiff from visiting Hotel:** On or about December 25, 2018.



**Identification of Specific Barrier in Plain Language:** Booking website does not identify and describe accessible features in the hotel and guest rooms in enough detail to reasonably permit Plaintiff to assess independently whether the hotel or guest room meets his accessibility needs. Insufficient description of dispersion of accessible rooms among various categories of rooms.

**The manner in which the barriers denied Plaintiff full and equal use or access, and which deter Plaintiff from visiting the Hotel:** Barrier denied Plaintiff full and equal access by failing to identify and describe accessible features in the hotel and guest rooms in enough detail to reasonably permit Plaintiff to assess independently whether the hotel or guest room meets his accessibility needs.

**The dates on each particular occasion on which Plaintiff encountered such barrier and which deter Plaintiff from visiting Hotel:** On or about December 25, 2018.

**3ᴿᴰ PARTY BOOKING WEBSITE – PHOTOS**

24

**Identification of Specific Barrier in Plain Language:** Photos on booking website do not identify and describe accessible features in the hotel and guest rooms in enough detail to reasonably permit Plaintiff to assess independently whether the hotel or guest room meets his accessibility needs.

**The manner in which the barriers denied Plaintiff full and equal use or access, and which deter Plaintiff from visiting the Hotel:** Barrier denied Plaintiff full and equal access by failing to identify and describe accessible features in the hotel and guest rooms in enough detail to reasonably permit Plaintiff to assess independently whether the hotel or guest room meets his accessibility needs.

**The dates on each particular occasion on which Plaintiff encountered such barrier and which deter Plaintiff from visiting Hotel:** On or about December 25, 2018.

25



**Identification of Specific Barrier in Plain Language:** Inaccessible pool.

**The manner in which the barriers denied Plaintiff full and equal use or access, and which deter Plaintiff from visiting the Hotel:** Barrier denied Plaintiff full and equal access by failing to identify and describe accessible features in the hotel and guest rooms in enough detail to reasonably permit Plaintiff to assess independently whether the hotel or guest room meets his accessibility needs.

**The dates on each particular occasion on which Plaintiff encountered such barrier and which deter Plaintiff from visiting Hotel:** On or about December 25, 2018.



**Identification of Specific Barrier in Plain Language:** Inaccessible shower enclosure including interference between shower hose, shower control and grab bar.

**The manner in which the barriers denied Plaintiff full and equal use or access, and which deter Plaintiff from visiting the Hotel:** Barrier denied Plaintiff full and equal access by failing to identify and describe accessible features in the hotel and guest

27

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

rooms in enough detail to reasonably permit Plaintiff to assess independently whether the hotel or guest room meets his accessibility needs.

**The dates on each particular occasion on which Plaintiff encountered such barrier and which deter Plaintiff from visiting Hotel:** On or about December 25, 2018.



Deluxe Room, 1 King Bed, Accessible, Bathtub (Mobility) - Bathroom (9/37)

**Identification of Specific Barrier in Plain Language:** Clearl inaccessibl bathroom represented as mobility accessible.

**The manner in which the barriers denied Plaintiff full and equal use or access, and which deter Plaintiff from visiting the Hotel:** Barrier denied Plaintiff full and equal access by failing to identify and describe accessible features in the hotel and guest rooms in enough detail to reasonably permit Plaintiff to assess independently whether the hotel or guest room meets his accessibility needs.

**The dates on each particular occasion on which Plaintiff encountered such barrier and which deter Plaintiff from visiting Hotel:** On or about December 25, 2018.

**Identification of Specific Barrier in Plain Language:** Apparently inaccessible hotel bar.

**The manner in which the barriers denied Plaintiff full and equal use or access, and which deter Plaintiff from visiting the Hotel:** Barrier denied Plaintiff full and equal access by failing to identify and describe accessible features in the hotel and guest rooms in enough detail to reasonably permit Plaintiff to assess independently whether the hotel or guest room meets his accessibility needs.

**The dates on each particular occasion on which Plaintiff encountered such barrier and which deter Plaintiff from visiting Hotel:** On or about December 25, 2018.





| **Identification of Specific Barrier in Plain Language:** Inaccessible breakfast bar area. |
| --- |
| **The manner in which the barriers denied Plaintiff full and equal use or access, and which deter Plaintiff from visiting the Hotel:** Barrier denied Plaintiff full and equal access by failing to identify and describe accessible features in the hotel and guest rooms in enough detail to reasonably permit Plaintiff to assess independently whether the hotel or guest room meets his accessibility needs. |
| **The dates on each particular occasion on which Plaintiff encountered such barrier and which deter Plaintiff from visiting Hotel:** On or about December 25, 2018. |



**Identification of Specific Barrier in Plain Language:** Inaccessible vending and shelving.

**The manner in which the barriers denied Plaintiff full and equal use or access, and which deter Plaintiff from visiting the Hotel:** Barrier denied Plaintiff full and equal access by failing to identify and describe accessible features in the hotel and guest rooms in enough detail to reasonably permit Plaintiff to assess independently whether the hotel or guest room meets his accessibility needs.

**The dates on each particular occasion on which Plaintiff encountered such barrier and which deter Plaintiff from visiting Hotel:** On or about December 25, 2018.

**1ˢᵀ PARTY BOOKING WEBSITE - GENERAL ACCESSIBILITY INFORMATION**

**FOR YOUR ACCESSIBILITY NEEDS**

The Following Features Are Available:

- Accessible
- Accessible Rooms
- Accessible business center
- Accessible concierge desk
- Accessible exercise facility
- Accessible guest rooms with mobility features with entry or passage doors that provide 32" of clear width
- Accessible hotel restaurant
- Accessible parking
- Accessible parking spaces for cars in the self-parking facility
- Accessible public entrance
- Accessible registration desk
- Accessible route from the accessible public entrance to the accessible guestrooms
- Accessible route from the accessible public entrance to the registration area
- Accessible route from the hotel's accessible entrance to the meeting room/ballroom area
- Accessible route from the hotel's accessible public entrance to at least one restaurant
- Accessible route from the hotel's accessible public entrance to the business center
- Accessible route from the hotel's accessible public entrance to the exercise facilities
- Accessible route from the hotel's accessible public entrance to the swimming pool
- Accessible swimming pool
- Accessible transportation with advance notice
- Closed captioning on televisions or closed captioning decoders
- Public Areas/Facilities accessible for physically challenged
- Service support animals welcome
- Swimming pool hoist for pool access
- TTY for guest use
- Van-accessible parking in the self-parking facility

The Following Features Are Not Available:

- Accessible route from the hotel's accessible public entrance to the spa
- Assistive listening devices for meetings upon request
- Valet only parking

The Following Features Are Not Available:

- Accessible route from the hotel's accessible public entrance to the spa

**Identification of Specific Barrier in Plain Language:** Inaccessible spa.

**The manner in which the barriers denied Plaintiff full and equal use or access, and which deter Plaintiff from visiting the Hotel:** Barrier denied Plaintiff full and equal access by failing to identify and describe accessible features in the hotel and guest rooms in enough detail to reasonably permit Plaintiff to assess independently whether the hotel or guest room meets his accessibility needs.

**The dates on each particular occasion on which Plaintiff encountered such barrier and which deter Plaintiff from visiting Hotel:** On or about December 25, 2018.



**Identification of Specific Barrier in Plain Language:** Apparently inaccessible pool.

**The manner in which the barriers denied Plaintiff full and equal use or access, and which deter Plaintiff from visiting the Hotel:** Barrier denied Plaintiff full and equal access by failing to identify and describe accessible features in the hotel and guest rooms in enough detail to reasonably permit Plaintiff to assess independently whether the hotel or guest room meets his accessibility needs.

**The dates on each particular occasion on which Plaintiff encountered such barrier and which deter Plaintiff from visiting Hotel:** On or about December 25, 2018.



1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28





**2 QN JR STE MOBILITY ACCESSIBLE W/ TUB**

Hilton Pasadena offers a variety of accessible room-types to ...

| Rate plan | Price per night (USD) | |
|---|---|---|
| **FLEXIBLE RATE**<br>Change or cancel up to 2 days before arrival. Pay when you stay. | $242 | Select ▸ |
| **HONORS DISCOUNT**<br>Change or cancel up to 2 days before arrival. Pay when you stay. ...<br>Pay with Points & Money | ~~$242~~<br>$237 | Select ▸ |
| **ADVANCE PURCHASE**<br>No cancellations. Pay now. | ~~$242~~<br>$217 | Select ▸ |
| **HONORS DISCOUNT SEMI-FLEX**<br>Change or cancel up to 4 days before arrival. Pay when you stay. ... | ~~$242~~<br>$227 | Select ▸ |

Quick Look

**Room Details: 2 QN JR STE MOBILITY ACCESSIBLE W/ TUB**     Room Details: 2 QN JR

**2 QN JR STE MOBILITY ACCESSIBLE W/RI SHWR**

These suites are studio-style accommodations complete with wet ...

| Rate plan | Price per night (USD) | |
|---|---|---|
| **FLEXIBLE RATE**<br>Change or cancel up to 2 days before arrival. Pay when you stay. | $242 | Select ▸ |
| **HONORS DISCOUNT**<br>Change or cancel up to 2 days before arrival. Pay when you stay. ...<br>Pay with Points & Money | ~~$242~~<br>$237 | Select ▸ |
| **ADVANCE PURCHASE**<br>No cancellations. Pay now. | ~~$242~~<br>$217 | Select ▸ |
| **HONORS DISCOUNT SEMI-FLEX**<br>Change or cancel up to 4 days before arrival. Pay when you stay. ... | ~~$242~~<br>$227 | Select ▸ |

Quick Look

36



**Room Details: 2 QN JR STE MOBILITY ACCESSIBLE W/RI SHWR**

| | |
|---|---|
| **Identification of Specific Barrier in Plain Language:** Booking website does not identify and describe accessible features in the hotel and guest rooms in enough detail to reasonably permit Plaintiff to assess independently whether the hotel or guest room meets his accessibility needs. Insufficient description of dispersion of accessible rooms among various categories of rooms. Inaccessible shower enclosure including interference between shower hose, shower control and grab bar. | |
| **The manner in which the barriers denied Plaintiff full and equal use or access, and which deter Plaintiff from visiting the Hotel:** Barrier denied Plaintiff full and equal access by failing to identify and describe accessible features in the hotel and guest rooms in enough detail to reasonably permit Plaintiff to assess independently whether the hotel or guest room meets his accessibility needs. | |
| **The dates on each particular occasion on which Plaintiff encountered such barrier and which deter Plaintiff from visiting Hotel:** On or about December 25, 2018. | |

**END**

37

