1 **LEWIS BRISBOIS BISGAARD & SMITH LLP**
SHANE SINGH, SB# 202733
2   E-Mail: Shane.Singh@lewisbrisbois.com
KENDALL C. FISHER, SB# 322155
3   E-Mail: Kendall.Fisher@lewisbrisbois.com
2020 West El Camino Avenue, Suite 700
4 Sacramento, California 95833
Telephone: 916.564.5400
5 Facsimile: 916.564.5444

6 Attorneys for Defendant, Pasadena Robles
Acquisition, LLC, d/b/a Hilton Pasadena

7

8

9 UNITED STATES DISTRICT COURT

10 CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

11

| | |
|---|---|
| 12 PETER STROJNIK, SR., | CASE NO. 2:19-cv-02067-AB-PJW |
| 13 Plaintiff, | **DEFENDANT'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S COMPLAINT UNDER FED. R. CIV. P. 12(b)(1)** |
| 14 vs. | |
| 15 | |
| 16 PASADENA ROBLES ACQUISITION, LLC, d/b/a HILTON PASADENA, | Judge: Hon. Andre Birotté Jr.<br>Date: July 12, 2019<br>Time: 10:00 AM<br>Crtrm: 7B |
| 17 | |
| 18 Defendant. | |

19

20  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

21  NOTICE IS HEREBY GIVEN that on July 12, 2019 at 10:00 a.m., or as soon

22 thereafter as the motion may be heard by the Honorable Andre Birotté Jr. in

23 Courtroom 7B of the U.S. District Court for the Central District of California at 350

24 West First Street, Los Angeles, California, 90012, Defendant Pasadena Robles

25 Acquisition, LLC, d/b/a Hilton Pasadena, moves to dismiss Plaintiff Peter Strojnik,

26 Sr.'s Complaint for lack of subject-matter jurisdiction, pursuant to Federal Rule of

27 Civil Procedure 12(b)(1).

28 / / /

4844-2576-1173.1                                  1                          2:19-cv-02067-AB-PJW
DEFENDANT'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S COMPLAINT UNDER FED. R. CIV. P. 12(b)(1)

LEWIS BRISBOIS BISGAARD & SMITH LLP
ATTORNEYS AT LAW

1  This Motion is made following the conference of counsel pursuant to Local Rule 7-3, which took place on April 23, 2019.

2  This Motion is based upon the attached Memorandum of Points and Authorities, the pleadings on file herein, and the exhibits attached to the accompanying Request for Judicial Notice. A Proposed Order has also been emailed to the Courtroom Deputy per the Court's Standing Order.

DATED: May 1, 2019

**LEWIS BRISBOIS BISGAARD & SMITH LLP**

By: */s/ Kendall C. Fisher*
Shane Singh
Kendall C. Fisher
Attorneys for Defendant, Pasadena Robles Acquisition, LLC, d/b/a Hilton Pasadena